# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DERRELL GAULDEN,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. CV414-124
CR499-001

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Movant is **ENJOINED** from filing any further successive § 2255 motions in this Court absent explicit approval by the Eleventh Circuit Court of Appeals.

**SO ORDERED** this 3 day of July, 2014.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA